No. 657, Misc.   ARCIERI *v.* ALVIS, WARDEN, ET AL.   C. A. 6th Cir.   Certiorari denied.   Motion for leave to file petition for writ of habeas corpus also denied.

No. 720, Misc.   PRICE ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit.   Motion for a stay denied.   Certiorari also denied.   *Henry Lincoln Johnson* and *Curtis P. Mitchell* for petitioners.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 643, Misc.   BARNES *v.* MENDEZ; and
No. 735, Misc.   SHANE *v.* RAGEN, WARDEN.   Motions for leave to file petitions for writs of certiorari denied.

No. 655, Misc.   HILLIARD *v.* WILKINSON, WARDEN;
No. 689, Misc.   IN RE REGENT OF CALIFORNIA;
No. 699, Misc.   ROBINSON *v.* BANNAN, WARDEN;
No. 723, Misc.   IN RE MEDLIN;
No. 725, Misc.   CAIN *v.* MAYO, PRISON CUSTODIAN;
No. 727, Misc.   IN RE PARKER;
No. 731, Misc.   PRITCHARD *v.* WARDEN, MARYLAND HOUSE OF CORRECTION;
No. 742, Misc.   CARROLL *v.* PEPERSACK, WARDEN;
No. 744, Misc.   VAN NEWKIRK *v.* McNEILL, SUPERINTENDENT, MATTEAWAN STATE HOSPITAL;
No. 749, Misc.   CARR *v.* ROBBINS, WARDEN; and
No. 755, Misc.   HOCKADAY *v.* UNITED STATES.   Motions for leave to file petitions for writs of habeas corpus denied.

No. 754, Misc.   IN RE HILL.   Motions for leave to file petitions for writs of habeas corpus and mandamus denied.